IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ZUFFA, LLC d/b/a Ultimate Fighting Championship, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE HARVEY RUSSELL, )<br>Individually, and d/b/a )<br>CARL'S COUNTRY, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:19cv678-MHT<br>(WO) |

### ORDER

Upon consideration of plaintiff's motion to stay pending settlement payments (doc. no. 18), it is ORDERED that the motion is denied. A stay is unnecessary because the court will dismiss the case with leave to the parties to reinstate the case should the settlement not be fulfilled.

DONE, this the 3rd day of August, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE